

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Robert David HAGA

**PRISONER NO.:** 00-04091

**PLACE OF CONFINEMENT:** New River Valley Regional Jail

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE
FILED

MAY 09 2016

JULIA C DUDLEY, CLERK
BY: /s/ Deputy Clerk

Robert David HAGA
_Enter Full Name_ **Plaintiff**

**VS.**

New River Valley regional Jail
Charlie L Poff (superintendent)
_Enter Full Name(s)_ **Defendant(s)**

**CIVIL ACTION NO.** 7:16-cv00216

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

___ Yes   ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓   No ___

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

The New River Valley Regional Jail staff on (5) five seperate occasions did deny me Full Disclosure of my Personal Medical records and still refuses to allow me to make Copy(ies) of Same.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

The Grievance procedures has been Exausted (Not to my Satisfaction) And Copies have not been allowed.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

After Level 3 of Grievance Procedure, Charlie Poff (Superintendent) still refuses to allow me to make Copies of records, Even after I Supply to him U.S. Laws (See Attachment dated 4-28-16.)

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

N/A at this time.

SIGNED THIS 4th DAY OF May, 2016.

Robert David HAGA

(Signature of Each Plaintiff)

**VERIFICATION:**

I, Robert David HAGA, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5-4-2016   SIGNED: _____



David Haga
PT 65
Pl
Va 24084

U.S. District Court
Office of the Clerk
210 franklin RD Rm 540
Roanoke Va 24011