CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT DAVID HAGA,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00216 |
| v. | ) ) ) | **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL<br>JAIL, <u>et al.</u>,<br>    Defendants. | ) ) ) ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the complaint is **DISMISSED** as frivolous and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 3rd day of August, 2016.

/s/ Michael F. Urbanski
United States District Judge